DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Tiffani Nussbaum, et al., )  | |
| ) | CASE NO. 5:11 CV 2322 |
| Plaintiffs, ) | |
| ) | |
| v. ) | JUDGMENT ENTRY |
| ) | |
| Technical International Supply Corp., et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |

For the reasons contained in the Memorandum Opinion and Order filed contemporaneously herewith, IT IS HEREBY ORDERED, ADJUDGED and DECREED that Third Party Plaintiffs Millennium Colorworks, Inc.'s and Technical International Supply Corp. dba Technical Tattoo Supply & Manufacturing Co., Inc.'s motion for default judgment against Third Party Defendant RGD Enterprises, Inc., is GRANTED as to contribution in the amount of $32,000, and DENIED as to attorney fees and expenses (indemnification).

Third Party Defendant RGD Enterprises, Inc. is directed to pay forthwith the sum of $32,000 to Third Party Plaintiffs Millennium Colorworks, Inc. and Technical International Supply Corp. dba Technical Tattoo Supply & Manufacturing Co., Inc.

IT IS SO ORDERED.

| | |
|---|---|
| October 26, 2012 | *s/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |